SAMUEL L. DOBKIN, Appellant, v. OLGA I. HOPPE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DANIEL BOYLE, Appellant, v. EDWARD RODE, Individually and as President, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DOBBS & COMPANY, Appellant, v. DODD'S LUGGAGE, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted in toto. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SPANIER WINDOW CLEANING CO., INC., Appellant, v. THOMAS N. AWERKIN, as President of the WINDOW CLEANERS' PROTECTIVE UNION, Local No. 8, etc., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN WHITE, Respondent, v. IRVING THROCKMORTON and Others, Appellants. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE L. SANBORN, Respondent, v. JACOB AMRON and SAM SCHWARTZ, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SVEA GUSTAFSSON, Respondent, v. JOHN GUSTAFSSON, Appellant.— Order reversed and motion denied. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY L. McGOVERN, Widow and as Executrix, etc., of GEORGE McGOVERN, Deceased, Respondent, v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Defendant, Impleaded with LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. The verified bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISADORE SCHEINBERG and Others, Respondents, v. SCHEINBERG ESTATES, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SUPERIOR HOUSE AND WINDOW CLEANING CO., INC., Respondent, v. "JOHN" AWERKIN, First Name Being Fictitious, etc., as President, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARYLAND CASUALTY COMPANY, Appellant, Respondent, v. CUBAN GENERAL INSURANCE AGENCY, INC., Respondent, Appellant.— Order, so far as appealed from, affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.